# EXHIBIT B

JETBLUE AIRWAYS
APR 7 2021
LEGAL DEPT.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
_____ X   INDEX NO: 707325/2021 E
JOANNA ESPINAL and RAMONA DE LEON

PLAINTIFF,

-against-                                            **SUMMONS WITH NOTICE**

**The basis of venue is the
defendants' place of business:
27-01 Queens Plaza N
Long Island City, NY 11101**

JETBLUE AIRWAYS CORPORATION
27-01 QUEENS PLAZA N
LONG ISLAND CITY, NY 11101

DEFENDANT (S)
_____ X

**TO THE ABOVE-NAMED DEFENDANT(S):**

YOU ARE HEREBY SUMMONED, to appear in this action, and to serve a **Notice of Appearance, and/or a Demand for a Complaint,** on Plaintiff's Attorney within twenty (20) days after the service of this Summons with Notice, exclusive of the day of service (or within thirty (30) days after the service is complete if this Summons with Notice is not personally delivered to you within the State of New York.

**PLEASE TAKE NOTICE,** that as to the first cause of is alleging that defendant discriminated against plaintiffs and removed plaintiffs from the aircraft without justification and embarrassed plaintiffs causing emotional harm to plaintiffs.

**PLEASE TAKE FURTHER NOTICE**, that in case of your failure to appear, judgment will be taken against you by default in the first cause of action for the total amount of $100,000.00, plus attorney's fees, plus costs, and disbursement of this action.

The action will be heard in the **Supreme Court of the State of New York, in the County of Queens located at 88-11 Sutphin Blvd, Queens, NY 11435.** This action is brought in the County of Queens because it is the County where the business is located.

Dated: March 24, 2021
       New York, New York

Nestor Rosado, Esq.
Law Office of Nestor Rosado, P.C.
55 Overlook Terrace Suite 1H
New York, New York 10033

To: Jetblue Airways Corporation
27-01 Queens Plaza N
Long Island City, NY 11101

STATE OF NEW YORK, COUNTY OF

I, the undersigned, an attorney admitted to practice in the courts of New York State,

☐ **Certification by Attorney** certify that the within has been compared by me with the original and found to be a true and complete copy.

☐ **Attorney's Affirmation** state that I am _____ the attorney(s) of record for _____ in the within action; I have read the foregoing _____ and know the contents thereof; the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true. The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.

Dated:

*The name signed must be printed beneath*

STATE OF NEW YORK, COUNTY OF _____ ss.:

I, the undersigned, being duly sworn, depose and say: I am

☐ **Individual Verification** _____ in the action; I have read the foregoing _____ and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

☐ **Corporate Verification** the _____ of _____ a _____ corporation and a party in the within action; I have read the foregoing _____ and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on

*The name signed must be printed beneath*

STATE OF NEW YORK, COUNTY OF New York ss.: (If more than one box is checked—indicate after names type of service used.)

I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at 1 Jacobus Place, Bronx, NY 10463

On 03/30/2021 I served the within Summons w/ Notice

☒ **Service By Mail** by mailing a copy to each of the following persons at the last known address set forth after each name below.

☐ **Personal Service on Individual** by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein*:

☐ **Service by Electronic Means** by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

☐ **Overnight Delivery Service** by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

JETBLUE Airways Corporation
2701 Queens Plaza N
Long Island City, NY 11101

*[signature]*
KHOURY, IVAN E.
Notary Public-State of New York
No. 02KH5064325
Qualified in New York County
Commission Expires November 2, 2022

Sworn to before me on 30th day of March, 2021

*[signature]*
Krubinodira Jeannette

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------x
JOANNE ESPINAL and RAMONA DE LEON,   Index No. 707325/2021E

                      Plaintiffs,   **NOTICE OF APPEARANCE AND DEMAND FOR A VERIFIED COMPLAINT**

       -against-

JETBLUE AIRWAYS CORPORATION,

                      Defendant.
-----------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that Michael J. Crowley, Esq. of Connell Foley LLP hereby enters an appearance on behalf of JetBlue Airways Corporation ("JetBlue") in the above-entitled action and demands that Plaintiffs serve a Verified Complaint within twenty (20) days pursuant to CPLR 3012(b).

**PLEASE TAKE FURTHER NOTICE**, that all papers in this action are to be served on the undersigned attorneys for JetBlue at the address indicated below.

Dated: New York, New York
       April 30, 2021

                                                CONNELL FOLEY LLP

                                                MICHAEL J. CROWLEY
                                                MICHAEL BOJBASA
                                                *Attorneys for Defendant*
                                                **JETBLUE AIRWAYS CORPORATION**
                                                888 Seventh Avenue, 9th Floor
                                                New York, New York 10106
                                                (212) 307-3700

**TO:**    NESTOR ROSADO ESQ.
          LAW OFFICE OF NESTOR ROSADO, P.C.
          *Attorneys for Plaintiffs*
          **JOANNA ESPINAL and RAMONA DE LEON**
          55 Overlook Terrace, Suite 1H
          New York, New York 10033

5225660-1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS                                          Index No.: 707325/2021E

---

JOANNE ESPINAL and RAMONA DE LEON,

                                                Plaintiffs,

-against-

JETBLUE AIRWAYS CORPORATION,

                                                Defendant.

---

## NOTICE OF APPEARANCE AND DEMAND FOR A VERIFIED COMPLAINT

---

**CONNELL FOLEY LLP**
*Attorneys for Defendant*
**JETBLUE AIRWAYS CORPORATION**
888 Seventh Avenue - 9th Floor
New York, New York 10106
Tel.: (212) 307-3700
Fax: (212) 262-0050

5910606-1