# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
_____ X    INDEX NO: 707325/2021E

JOANNA ESPINAL and RAMONA DE LEON

PLAINTIFF,                          **AMENDED
                                     SUMMONS WITH NOTICE**

-against-

                                    **The basis of venue is the
                                    defendants' place of business:
                                    27-01 Queens Plaza N
                                    Long Island City, NY 11101**

JETBLUE AIRWAYS CORPORATION
27-01 QUEENS PLAZA N
LONG ISLAND CITY, NY 11101

DEFENDANT (S)
_____ X

**TO THE ABOVE-NAMED DEFENDANT(S):**

YOU ARE HEREBY SUMMONED, to appear in this action, and to serve a **Notice of**

**Appearance**, and/or a **Demand for a Complaint**, on Plaintiff's Attorney within twenty (20)

days after the service of this Summons with Notice, exclusive of the day of service (or within

thirty (30) days after the service is complete if this Summons with Notice is not personally

delivered to you within the State of New York.

**PLEASE TAKE NOTICE**, that as to the first cause of is alleging that defendant

discriminated against plaintiffs and removed plaintiffs from the aircraft without justification and

embarrassed plaintiffs causing emotional harm to plaintiffs.

PLEASE TAKE NOTICE, that as to the second cause of action the plaintiffs allege that the defendants discriminated against them because of their national origin, race , and Hispanic and no other basis causing harm to plaintiffs.

PLEASE TAKE FURTHER NOTICE, that in case of your failure to appear, judgment will be taken against you by default in the first and second cause of action for the total amount of $200,000.00, plus attorney's fees, plus costs, and disbursement of this action.

The action will be heard in the **Supreme Court of the State of New York, in the County of Queens located at 88-11 Sutphin Blvd, Queens, NY 11435.** This action is brought in the County of Queens because it is the County where the business is located.

Dated: May 12, 2021
      New York, New York

Nestor Rosado, Esq.
Law Office of Nestor Rosado, P.C.
55 Overlook Terrace Suite 1H
New York, New York 10033

To: Jetblue Airways Corporation
27-01 Queens Plaza N
Long Island City, NY 11101